**285 FREY vs. CIRCUIT JUDGE (Calhoun), No. 15180; 64 N. W., 1047; 2 D. L. N., 604.**

To compel the discharge of relator who was tried and convicted under How. Stat., Sec. 9093, because respondent, who was out on bail, voluntarily left the court room after the case was submitted to the jury and was not present when the jury brought in the verdict.

Denied November 19, 1895.

---

**286 MOORMAN vs. CURRY (Justice of the Peace), No. 11727½.**

To compel respondent to vacate a sentence, quash the complaint and discharge relator, who had been tried, convicted and sentenced to pay a fine, under Act. No. 134, Laws of 1885, and the amendment thereto, being Act No. 196, Laws of 1887, the relator insisting that said Acts are unconstitutional.

Order to show cause denied January 20, 1891.

---

**287 HULL vs. CIRCUIT JUDGE (Wayne), No. 12294½.**

To compel respondent to admit relator to bail.

Order to show cause denied October 7, 1891.

Hull was charged with murder. He had been admitted to bail and was ordered into custody pending the trial.